No. —. Ex parte Andrew Barnett; and

No. —. Ex parte Jack A. McCoy. January 3, 1944. Applications denied.

No. —. Ex parte Alliance Brass & Bronze Co. January 3, 1944. The motion for leave to file petition for writ of prohibition or, in the alternative, mandamus, is denied.

No. —. Ex parte Ralph O. Lucas;

No. —. Ex parte N. M. Maxwell;

No. —. Ex parte James Sparks;

No. —. Ex parte Bernard Nelson;

No. —. Ex parte Norman Michaud; and

No. —. Ex parte H. Ely Goldsmith. January 3, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 966, October Term, 1941. Jobin v. Arizona. January 3, 1944. Upon consideration of appellant's motion to compel payment of costs and appellee's reply, it is ordered that appellant's motion be denied without prejudice to its renewal in the event that the Attorney General of Arizona does not report the judgment to the Arizona Legislature at its next session and if so reported the Legislature does not make provision for payment. See 319 U. S. 103.

No. 159. Walton, Administratrix, v. Southern Package Corp. January 3, 1944. The motion for additional attorney's fee is denied without prejudice to an appropriate application to the Supreme Court of Mississippi. See ante, p. 540.